Tenth Circuit denied. *Mr. F. A. Rittenhouse* for petitioners. *Mr. J. H. Everest* for respondent.

Nos. 684 and 685. ROCKWOOD, RECEIVER, *v.* FOSHAY ET AL. February 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. C. J. Rockwood* for petitioner. *Mr. Josiah E. Brill* for respondents.

No. 686. ALUMINUM COMPANY OF AMERICA *v.* UNITED STATES. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wm. Watson Smith, John G. Buchanan,* and *Paul G. Rodewald* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John MacC. Hudson* for the United States.

No. 688. MIDWAY CHEMICAL CO. *v.* O'CEDAR CORP.; and
No. 699. F. W. WOOLWORTH CO. ET AL. *v.* SAME. February 5, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry B. Floyd* for Midway Chemical Co. *Mr. Ednyfed H. Williams* for F. W. Woolworth Co. et al. *Mr. George L. Wilkinson* for respondent.

No. 692. MEEHAM, TRUSTEE, *v.* MASSACHUSETTS. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harry F. R. Dolan* for petitioner. *Messrs. Joseph E. Warner* and *Charles F. Lovejoy* for respondent.